UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SERGIO MARTINEZ,

    Plaintiff,

v.                                                  Case No. 5:11-cv-580-Oc-10TBS

DEUTSCHE BANK NATIONAL TRUST CO.,
as trustee for American Home Mortgage, Inc.,

    Defendant.
_____

## ORDER

Pending before the Court is Plaintiff's Motion for Entry of Clerk's Default. (Doc. 19). Plaintiff requests the clerk enter a default against Defendant, pursuant to the Federal Rules of Civil Procedure, because Defendant failed to "file a responsive pleading or otherwise defend the suit." (Id. at 2). A review of the record reveals that Defendant filed a Motion for More Definite Statement in which it argued, inter alia, that Plaintiff's use of "Defendant" interchangeably with "Lender" created ambiguity that made it impossible for it to defend against the Complaint. (Doc. 17 at 3-5). On March 13, 2012, the Court granted Defendant's motion on this ground and directed Plaintiff to file an Amended Complaint. (Doc. 20). Upon consideration of the foregoing, the Court **DENIES** Plaintiff's Motion for Entry of Clerk's Default.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 13, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Sergio Martinez
    Counsel of Record