UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SERGIO MARTINEZ,

    Plaintiff,

v.      Case No. 5:11-cv-580-Oc-10TBS

DEUTSCHE BANK NATIONAL TRUST CO.,
as trustee for American Home Mortgage, Inc.,

    Defendant.

## ORDER

Pending before the Court is Plaintiff's Motion that the Court Take Mandatory Judicial Notice Re: DEFENDANT'S DEFAULT (Doc. 24). The Court construes the motion as a motion for reconsideration of its Order (Doc. 12) denying Plaintiff's motion (Doc. 8) for the entry of a default against the Defendant. Upon due consideration, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 28, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Plaintiff
    All Counsel of Record