UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SERGIO MARTINEZ,

    Plaintiff,

v.                                           Case No.  5:11-cv-580-Oc-10TBS

DEUTSCHE BANK NATIONAL TRUST CO.,
as trustee for American Home Mortgage, Inc.,

    Defendant.
_____

## ORDER

This matter comes before the Court sua sponte.  On March 13, 2012, this Court construed Defendant's Motion for More Definite Statement as one for dismissal on the ground that the complaint was a shotgun pleading and granted the motion on that basis. (Doc. 20 at 5).  The Court gave Plaintiff through April 2, 2012 to amend his complaint. (Id. at 6).  Plaintiff failed to comply with the Court's order. Instead, Plaintiff advised the Court of his refusal to file an amended complaint.  (Doc. 26).

Upon consideration of the foregoing, it is hereby ORDERED that Plaintiff shall have through April 18, 2012 to file an amended complaint with this court.  Plaintiff is advised that if an amended complaint is not filed with the Court by the deadline, the undersigned will submit a Report and Recommendation to the District Judge recommending that this case be dismissed without prejudice and that the clerk be directed to close the file.

    IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 4, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel

    Pro se Plaintiff at his last known address