UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SERGIO MARTINEZ,

    Plaintiff,

v().                                                  Case No.  5:11-cv-580-Oc-10TBS

DEUTSCHE BANK NATIONAL TRUST CO.,
as trustee for American Home Mortgage, Inc.,

    Defendant.
_____

## ORDER

Pending before the Court is Defendant's Motion for Extension of Time to Meet and File Case Management Report, or, in the Alternative, Motion to Unilaterally File a Case Management Report (Doc. 28).

According to the Defendant's attorney, she attempted to confer with Plaintiff as required by Local Rule 3.01(g) before filing this motion but the Plaintiff refused to tell her whether he opposes the motion.  Local Rule 3.01(g) states:

> Before filing any motion in a civil case, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action, the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.  A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer.  The moving party retains the duty to contact opposing counsel expeditiously after filing and to supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion.  If the interested parties agree to

> all or part of the relief sought in any motion, the caption of the
> motion shall include the word "unopposed," "agreed," or "stipulated"
> or otherwise succinctly inform the reader that, as to all or part of the
> requested relief, no opposition exists.

This Court interprets our Local Rule to impose a duty on counsel for both parties to confer in good faith before a motion is filed. A refusal to confer or to confer in good faith is unacceptable. Because Plaintiff is representing himself, he is responsible for fulfillment of the duties the Rule imposes on counsel.

Local Rule 3.01(b) provides:

> Each party opposing a motion or application shall file within
> fourteen (14) days after service of the motion or application a
> response that includes a memorandum of legal authority in
> opposition to the request, all of which the respondent shall include
> in a document not more than twenty (20) pages.

Had Plaintiff complied with Local Rule 3.01(g) then he would have through April 26, 2012 (14 days plus 3 additional days for mail), within to file his response to the pending motion. This is beyond the April 19, 2012 extension Defendant is requesting to conduct the Court ordered case management conference. (Doc. 23).

Now, the Defendant's motion is due to be granted. Although the Court is enlarging the time within to conduct the case management conference and file a joint case management report the Plaintiff is reminded that in its Order dated April 4, 2012 (Doc. 27), the Court sua sponte granted Plaintiff additional time, through April 18, 2012, within to amend his complaint. The Court notified Plaintiff that if he chooses not to amend his complaint the Court will issue a Report and Recommendation to the District Judge recommending that this case be dismissed without prejudice and that the clerk be directed to close the file. This is still the

Court's intent if Plaintiff chooses not to amend his complaint on or before April 18, 2012.

Now, the Defendant's motion is GRANTED as follows:

1. The parties have through April 19, 2012 within to conduct a case management conference and through May 3, 2012 to file their joint case management report; and

2. If Plaintiff elects not to participate in a case management conference on or before April 19, 2012 then Defendant shall have through April 23, 2012 to file its unilateral case management report.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 10, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

Plaintiff at his last known address
All Counsel